1  `BILL LOCKYER
   Attorney General of the State of California
2  MARY JO GRAVES
   Chief Assistant Attorney General
3  STAN CROSS
   Acting Senior Assistant Attorney General
4  STEPHEN G. HERNDON
   Supervising Deputy Attorney General
5  JEANNE R. WOLFE, State Bard No. 138676
   Deputy Attorney General
6    1300 I Street
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-5263
8    Fax: (916) 324-2960
     Email: Jeanne.Wolfe@doj.ca.gov
9  Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE RAMON CRAVER,** | S-06-1543-FCD-CMK-P |
| Petitioner, | **ORDER GRANTING ENLARGEMENT OF TIME** |
| v. | |
| **THOMAS FELKER, et al.,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's Answer to Petitioner's Petition for Writ of Habeas Corpus be filed on or before November 7, 2006.

September 5, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE