IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMON CRAVER, | No. CIV S-06-1543-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| FELKER, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an evidentiary hearing (Doc. 16), filed on November 16, 2006.  Respondents are hereby directed to file a response to petitioner's motion within 30 days of the date of this order.

      IT IS SO ORDERED.

DATED:  November 28, 2006.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE