IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMON CRAVER, | No. CIV S-06-1543-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| FELKER, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 25, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Timely objections to the findings and recommendations have been filed.

In petitioner's objections, he states that the Magistrate Judge's finding that he failed to exercise diligence is in error. Specifically, he states that, contrary to the Magistrate Judge's factual finding, he did in fact file a motion for an evidentiary hearing in state court.

1 Petitioner attaches copies of state court documents in support of his objections. A review of
2 these documents, however, does not support petitioner's assertion. While petitioner's counsel
3 filed a request for additional funding in order to expand the scope of investigation, this is not the
4 same as filing a motion for an evidentiary hearing. Moreover, regardless of whether petitioner
5 was diligent, the Magistrate Judge is correct that an evidentiary hearing is not warranted in this
6 case.

7 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
8 304, this court has conducted a de novo review of this case. Having carefully reviewed the
9 entire file, the court finds the findings and recommendations to be supported by the record and
10 by proper analysis.

11 Accordingly, IT IS HEREBY ORDERED that:

12 1. The findings and recommendations filed May 25, 2007, are adopted in
13 full;

14 2. Petitioner's motion for an evidentiary hearing (Doc. 16) and motion to
15 expand the record (Doc. 22) are denied.

16 DATE: July 6, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE