# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE RAMON CRAVER, | | No. CIV S-06-1543-FCD-CMK-P |
| Petitioner, | | |
| vs. | | ORDER |
| FELKER, et al., | | |
| Respondents. | | |
| _____/ | | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for a certificate of appealability (Doc. 37), filed on February 15, 2008.

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  See Fed. R. App. P.

1 | 22(b).  For the reasons set forth in the magistrate judge's December 26, 2007, findings and
2 | recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 | right.
4 |    Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
5 | of appealability is denied.
6 | DATED: February 27, 2008.

         _____
         FRANK C. DAMRELL, JR.
         UNITED STATES DISTRICT JUDGE